UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ROBIN CHARVES-MEEKS,<br><br>                    Petitioner/Plaintiff,<br><br>  v.<br><br>AMAZON LOGISTICS, INC.,<br><br>                    Respondent/Defendant. | No.   2:25-cv-6440<br><br>**PETITION TO CONFIRM ARBITRATION AWARD** |

PETITIONER Robin Charves-Meeks by and through her attorneys, The Tidrick Law Firm LLP and Keller Rohrback L.L.P., for her Petition to Confirm Arbitration Award against Amazon Logistics, Inc., alleges the following:

## I.    INTRODUCTION

1. Petitioner seeks an order from this Court confirming an arbitration award issued by arbitrator Judge Lisa Rau (Ret.) on January 23, 2025.

## II.    PARTIES

2. Petitioner/Plaintiff Robin Charves-Meeks is an individual who is a citizen of and resides in Palmdale, California, a location within the Central District of California, Western Division.

3. Respondent/Defendant Amazon Logistic, Inc. is subsidiary of Amazon.com, Inc., and is a Delaware corporation with its principal place of business in the State of Washington.

### III.  JURISDICTION AND VENUE

4. This Court has subject matter over this action pursuant to 28 U.S.C. § 1332(a)(2), in that this is a civil action between a citizen of the State of California, Petitioner/Plaintiff, and a citizen of the States of Washington and Delaware, Respondent/Defendant.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to Petitioner/Plaintiff's claim occurred within this judicial district.

### IV.  FACTS

6. Petitioner/Plaintiff delivered packages for customers of Amazon.com in California between November 30, 2018 and March 18, 2021.

7. Attached as Exhibit 1 is a true and correct copy of the arbitration agreement applicable to Petitioner/Plaintiff's delivery driving, an "Independent Contractor Terms of Service."

8. On August 4, 2019, Petitioner/Plaintiff filed a Demand for Arbitration and Opt-Out Notice.

9. Petitioner/Plaintiff proceeded with her arbitration matter, AAA Case No. 01-20-0007-3946.

10. On November 6, 2024, arbitrator Judge Lisa M. Rau (Ret.) issued an order granting Petitioner/Plaintiff's motion for partial summary judgment ("Misclassification Order"), finding that Respondent/Defendant had misclassified Petitioner/Plaintiff as an independent contractor. A true and correct copy of the order is attached Exhibit 2.

11. On November 18, 2024, arbitration proceeded by Zoom on the issue of damages owed by Respondent/Defendant.

12. On January 23, 2025, the arbitrator issued an interim award of damages owed to Petitioner/Plaintiff by Respondent/Defendant ("Interim Award"). A true and correct copy of the Interim Award is attached as Exhibit 3.

13.    On April 29, 2025, the arbitrator issued a fees award and final judgment ("Final Award"). A true and correct copy of the Final Award is attached as Exhibit 4.

14.    The final award has not been vacated, modified, or corrected.

15.    The amount in controversy exceeds $75,000.00.

### COUNT ONE
### (Confirm Arbitration Award)

16.    Plaintiff/Petitioner repeats and realleges paragraphs 1 through 15 hereof, as if fully set forth within.

17.    Defendant/Respondent agreed to arbitrate Plaintiff/Petitioner's claims.

18.    The parties arbitrated their claims per the terms of the arbitration agreement.

19.    The arbitrator issued findings and judgment, as described and incorporated above.

\* \* \*

**WHEREFORE**, Plaintiff/Petitioner respectfully requests that this Court:

1.    Issue an order confirming the arbitration awards issued by the arbitrator and attached hereto as Exhibit 2 (Misclassification Order), Exhibit 3 (Interim Award), and Exhibit 4 (Final Award).

2.    Enter judgment thereon.

3.    Award the Petitioner such other and further relief as this Court deems just and proper.

DATED this 15th day of July, 2025.

By: _____
Jeffrey Lewis, SBN 66587
KELLER ROHRBACK L.L.P.
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Tel.: (510) 463-3900
Fax: (510) 463-3901
jlewis@kellerrohrback.com

Nathan L. Nanfelt, *Pro Hac Vice forthcoming*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
natidas@kellerrohrback.com

Steven G. Tidrick, SBN 224760
Joel B. Young, SBN 236662
THE TIDRICK LAW FIRM LLP
1900 N California Blvd. 8th Floor
Walnut Creek, California 94596
Tel.: (510) 788-5100
Fax: (510) 291-3226
sgt@tidricklaw.com
jby@tidricklaw.com

***Attorneys for Robin Charves-Meeks***

PETITION TO CONFIRM ARBITRATION AWARD