Oliver M. Gold, CA Bar No. 279033
OGold@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: (310) 788-3216
Facsimile: (310) 788-3399

Mallory Gitt Webster, *pro hac vice*
MWebster@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

*Attorneys for Respondent
Amazon Logistics, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBIN CHARVES-MEEKS,<br><br>Petitioner,<br><br>v.<br><br>AMAZON LOGISTICS, INC.,<br><br>Respondent. | Case No. 2:25-cv-06440-JFW-MAR<br><br>**AMAZON'S NOTICE OF APPLICATION AND APPLICATION TO SEAL ARBITRATION AWARDS**<br><br>Hearing Date: September 8, 2025<br>Hearing Time: 1:30 p.m.<br>Judge: John F. Walter<br>Magistrate Judge: Margo A. Rocconi |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Respondent Amazon Logistics, Inc. ("Amazon") hereby applies for an Order sealing Exhibits 2-4 of Petitioner Robin Charves-Meeks's Petition to Confirm Arbitration Award filed July 15, 2025. *See* Dkt. No. 1.

Respondent seeks leave to have sealed Exhibits 2-4 of Ms. Charves-Meeks's Petition to Confirm Arbitration Award in order to prevent access to three arbitration awards from a private arbitration proceeding between Ms. Charves-Meeks and Amazon and that Ms. Charves-Meeks and her counsel filed for "improper purposes" as explained in Amazon's Memorandum of Points and Authorities in Support of Application to Seal Arbitration Awards. *See Kamakana v. City & Cty. Of Honolulu, 447 F.3d 1172, 1179 (9th Cir. 2006)*.

This Application to Seal is narrowly tailored to cover only the documents containing sealable material. This Application is based on the Notice of Application and Application, as well as the Memorandum of Points and Authorities and the declarations of Oliver M. Gold, Mallory Gitt Webster, and Devon A. DeMarco. A proposed order granting this Application to Seal Arbitration Awards is submitted contemporaneously with this Notice of Application and Application to Seal.

This Application is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 28, 2025. *See* Joint Statement re L.R. 7-3 Conference, Dkt No. 22 (July 30, 2025); Declaration of Mallory Gitt Webster in Support of Amazon's Application to Seal Arbitration Awards.

//

//

//

//

//

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  **PLEASE TAKE NOTICE** that Respondent Amazon Logistics, Inc.
3  ("Amazon") hereby applies for an Order sealing Exhibits 2-4 of Petitioner Robin
4  Charves-Meeks's Petition to Confirm Arbitration Award filed July 15, 2025. *See* Dkt.
5  No. 1.

6  Respondent seeks leave to have sealed Exhibits 2-4 of Ms. Charves-Meeks's
7  Petition to Confirm Arbitration Award in order to prevent access to three arbitration
8  awards from a private arbitration proceeding between Ms. Charves-Meeks and
9  Amazon and that Ms. Charves-Meeks and her counsel filed for "improper purposes"
10 as explained in Amazon's Memorandum of Points and Authorities in Support of
11 Application to Seal Arbitration Awards. *See Kamakana v. City & Cty. Of Honolulu,*
12 *447 F.3d 1172, 1179 (9th Cir. 2006)*.

13 This Application to Seal is narrowly tailored to cover only the documents
14 containing sealable material. This Application is based on the Notice of Application
15 and Application, as well as the Memorandum of Points and Authorities and the
16 declarations of Oliver M. Gold, Mallory Gitt Webster, and Devon A. DeMarco. A
17 proposed order granting this Application to Seal Arbitration Awards is submitted
18 contemporaneously with this Notice of Application and Application to Seal.

19 This Application is made following the conference of counsel pursuant to
20 L.R. 7-3, which took place on July 28, 2025. *See* Joint Statement re L.R. 7-3
21 Conference, Dkt No. 22 (July 30, 2025); Declaration of Mallory Gitt Webster in
22 Support of Amazon's Application to Seal Arbitration Awards.

23 //
24 //
25 //
26 //
27 //
28

| | | |
|---|---|---|
| 1 | Dated: August 4, 2025 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: */s/ Mallory Gitt Webster* |
| 4 | | Oliver M. Gold, CA Bar No. 279033<br>Mallory Gitt Webster, *pro hac vice* |
| 5 | | *Attorneys for Respondent* |
| 6 | | *Amazon Logistics, Inc.* |

(Lines 7–28 blank)