Oliver M. Gold, CA Bar No. 279033
OGold@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: (310) 788-3216
Facsimile: (310) 788-3399

Mallory Gitt Webster, *pro hac vice*
MWebster@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

*Attorneys for Respondent
Amazon Logistics, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN CHARVES-MEEKS, <br><br> Petitioner, <br><br> v. <br><br> AMAZON LOGISTICS, INC., <br><br> Respondent. | Case No. 2:25-cv-06440-JFW-MAR <br><br> **DECLARATION OF DEVON A. DEMARCO IN SUPPORT OF AMAZON'S APPLICATION TO SEAL ARBITRATION AWARDS** <br><br> Hearing Date: September 8, 2025 <br> Hearing Time: 1:30 p.m. <br> Judge: John F. Walter <br> Magistrate Judge: Margo A. Rocconi |

I, Devon A. DeMarco, declare as follows:

1. I am Senior Counsel at Ogletree Deakins and one of the attorneys representing Amazon Logistics, Inc., in the American Arbitration Association ("AAA") proceeding initiated by Petitioner Robin Charves-Meeks (the "Arbitration"). I am over the age of 18 and competent to testify to matters in this Declaration. I make this Declaration based on my personal knowledge and review of records from the Arbitration.

2. Ms. Charves-Meeks participated in the Amazon Flex program (the "Program") from November 30, 2018, to October 26, 2019.

3. By enrolling in the Program, Delivery Partners (DPs) can gain access to an online platform on which delivery blocks are posted without taking on any obligation to perform any work or any minimum amount of work.

4. DPs who choose to access and accept available blocks can earn money delivering packages to customers using their own vehicles.

5. When Ms. Charves-Meeks enrolled in the Program, she agreed to the Amazon Independent Contractor Terms of Service ("TOS") (as do all DPs participating in the Program).

6. On August 4, 2019, Ms. Charves-Meeks filed an arbitration demand with the American Arbitration Association ("AAA"), alleging that she was misclassified as an independent contractor during her participation in the Program and asserting violations of various California labor laws.

7. On November 6, 2024, the appointed AAA arbitrator issued a partial summary judgment order resolving the misclassification issue.

8. After a hearing on the remaining issues, the arbitrator issued an interim award on January 23, 2025, and a final award on April 29, 2025.

9. As of June 6, 2025, Amazon had satisfied all relief awarded to Ms. Charves-Meeks by the arbitrator.

10. The Arbitration is one of numerous arbitrations being concurrently pursued by her counsel in this action (and other coordinated counsel) on behalf of other Program participants.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on this 4th day of August, 2025 in Chicago, Illinois.

*/s/ Devon A. DeMarco*
Devon A. DeMarco