Oliver M. Gold, CA Bar No. 279033
OGold@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: (310) 788-3216
Facsimile: (310) 788-3399

Mallory Gitt Webster, *pro hac vice*
MWebster@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

*Attorneys for Respondent
Amazon Logistics, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBIN CHARVES-MEEKS, <br><br> Petitioner, <br><br> v. <br><br> AMAZON LOGISTICS, INC., <br><br> Respondent. | Case No. 2:25-cv-06440-JFW-MAR <br><br> **DECLARATION OF MALLORY GITT WEBSTER IN SUPPORT OF AMAZON'S APPLICATION TO SEAL ARBITRATION AWARDS** <br><br> Hearing Date: September 8, 2025 <br> Hearing Time: 1:30 p.m. <br> Judge: John F. Walter <br> Magistrate Judge: Margo A. Rocconi |

I, Mallory Gitt Webster, declare as follows:

1. I am a partner at Perkins Coie LLP and represent Amazon Logistics, Inc. ("Amazon") in this matter. I am over the age of 18 and competent to testify to matters in this Declaration. I make this Declaration based on my personal knowledge and review of Amazon's records.

2. During Petitioner Robin Charves-Meeks's participation in the Amazon Flex program (the "Program"), two versions of the Amazon Flex Independent Contractor Terms of Service ("TOS") applied to her participation in the Program.

3. One version of the applicable TOS is attached as Exhibit 1 to Ms. Charves-Meeks's Petition to Confirm Arbitration Award (the "Petition"). *See* Dkt. No. 1-1.

4. Attached to this Declaration as **Exhibit A** is a true and correct copy of the second version of the applicable TOS.

5. When Amazon learned that Ms. Charves-Meeks filed a petition seeking to confirm her arbitration awards ("Awards"), I requested via email that Ms. Charves-Meeks consent to requesting that the Court seal the Awards (Exhibits 2–4 to the Petition) because the parties had agreed to private dispute resolution—i.e., that the Awards would not be filed in court or be disclosed to the public—and because under the applicable case law, the Awards were filed for an improper purpose. *See* Dkt. Nos. 1-2–1-4.

6. That correspondence is attached as Exhibit 1 to the Joint Statement regarding the conference that the parties filed on July 30, 2025. *See* Dkt. No. 22.

7. Ms. Charves-Meeks's counsel declined that request via email but agreed to meet and confer on Amazon's anticipated application to seal the Awards.

8. On July 28, 2025, Amazon met and conferred via video conference with counsel for Ms. Charves-Meeks for 30 minutes. My colleagues Oliver M. Gold and Gillian Kuhlmann and I attended the conference for Amazon; counsel Jeffrey Lewis,

-1-
DECLARATION OF MALLORY GITT WEBSTER IN SUPPORT OF
AMAZON'S APPLICATION TO SEAL ARBITRATION AWARDS

Joel Young, and Nathan Nanfelt attended for Ms. Charves-Meeks.

9. Ms. Charves-Meeks again declined to consent to Amazon's request that the Awards be sealed.

10. She declined because, as Mr. Nanfelt relayed, her counsel seek to obtain the Court's "imprimatur" on the Awards and then attempt to use the court-approved Awards as "persuasive authority" in other arbitration proceedings in which they are counsel or associated with counsel for the claimants. I understand that those other proceedings do not involve Ms. Charves-Meeks.

11. Ms. Charves-Meeks otherwise disagreed with Amazon's position that the Awards cannot be publicly filed because the underlying arbitration proceeding was private (as a matter of both fact and contract via the applicable TOS). *See* Dkt. No. 22.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on this 4th day of August, 2025 in Seattle, Washington.

_____
Mallory Gitt Webster