|  |  |
|---|---|
| ROBIN CHARVES-MEEKS, | Case No. 2:25-cv-06440-JFW-MAR |
| Petitioner, | **[PROPOSED] ORDER GRANTING AMAZON'S APPLICATION TO SEAL ARBITRATION AWARDS** |
| v. | |
| AMAZON LOGISTICS, INC., | |
| Respondent. | Hearing Date: September 8, 2025<br>Hearing Time: 1:30 p.m.<br>Judge: John F. Walter<br>Magistrate Judge: Margo A. Rocconi |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

The Court, having reviewed Respondent Amazon Logistics, Inc.'s Application to Seal Arbitration Awards, and finding compelling reasons to support sealing Exhibits 2-4 to Petitioner Robin Charves-Meeks's Petition to Confirm Arbitration Award,

IT IS HEREBY ORDERED that the Application is GRANTED, and the following documents shall be removed from the public docket and filed under seal:

1. Exhibit 2 to Ms. Charves-Meeks's Petition to Confirm Arbitration Award, Dkt. No. 1-2;

2. Exhibit 3 to Ms. Charves-Meeks's Petition to Confirm Arbitration Award, Dkt. No. 1-3; and

3. Exhibit 4 to Ms. Charves-Meeks's Petition to Confirm Arbitration Award, Dkt No. 1-4.

***[FOR INCLUSION IF THE COURT GRANTS AMAZON'S ALTERNATIVE REQUESTED RELIEF:]*** IT IS FURTHER ORDERED that Exhibits 2-4 to Ms. Charves-Meeks's Petition to Confirm Arbitration Award shall be replaced by the redacted versions of those documents attached to the Declaration of Oliver M. Gold in Support of Amazon's Application to Seal Arbitration Awards and as set forth in the table below. Amazon shall file the redacted versions within two court days of this Order. *See* Standing Order § 9.

| Document | Redactions |
|---|---|
| Exhibit 2 to the Petition | As highlighted in Exhibit A to the Declaration of Oliver M. Gold in Support of Amazon's Application to Seal Arbitration Awards |
| Exhibit 3 to the Petition | As highlighted in Exhibit B to the Declaration of Oliver M. Gold in |

| | |
|---|---|
| | Support of Amazon's Application to Seal Arbitration Awards |
| Exhibit 4 to the Petition | As highlighted in Exhibit C to the Declaration of Oliver M. Gold in Support of Amazon's Application to Seal Arbitration Awards |

IT IS SO ORDERED.

Dated: _____, 2025

_____
Honorable John F. Walter
United States District Court Judge