1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| In the Matter of Arbitration Between | No. 2:25-cv-6440 JFW (MARx) |
| ROBIN CHARVES-MEEKS, | **The Hon. John F. Walter** |
| Petitioner/Plaintiff, | **PETITIONER'S NOTICE OF MOTION AND MOTION TO CONFIRM FINAL ARBITRATION AWARD** |
| v. | |
| AMAZON LOGISTICS, INC., | Date: September 8, 2025 |
| Respondent/Defendant. | Time: 1:30 p.m. Ctrm: 10A |

TO DEFENDANT AMAZON LOGISTICS, INC, AND TO ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that at 1:30 p.m. on August 28, 2025 or as soon thereafter as the matter may be heard, in Courtroom 10A of the above-entitled Court, Petitioner Robin Charvez-Meeks ("Petitioner") will and hereby does move the Court for an order confirming the arbitration award issued by arbitrator Judge Lisa Rau (Ret.) attached as Exhibit A to the accompanying Declaration of Nathan L. Nanfelt in Support of Motion to Confirm Final Arbitration Award ("Nanfelt Declaration.").

This motion is made on the following grounds: (1) the award is final and binding on the parties; (2) there are no grounds for modifying or vacating the award, and (3) Petitioner is therefore entitled to an order confirming the award and entry of judgment thereon.

1

This motion is based on this Notice, the Memorandum of Points and Authorities and the Nanfelt Declaration filed concurrently herewith, the pleadings on file in this matter, and such other matters as may properly come before the Court at the hearing.

This motion is made following the conferences of counsel pursuant to L.R. 7- 3 which took place on July 28, 2025 and July 30, 2025. ECF No. 22.

DATED this 6th day of August, 2025.

By: _____

Nathan L. Nanfelt, *Admitted Pro Hac Vice*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
nnanfelt@kellerrohrback.com

Jeffrey Lewis, SBN 66587
KELLER ROHRBACK L.L.P.
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Tel.: (510) 463-3900
Fax: (510) 463-3901
jlewis@kellerrohrback.com

Steven G. Tidrick, SBN 224760
Joel B. Young, SBN 236662
THE TIDRICK LAW FIRM LLP
1900 N California Blvd. 8th Floor
Walnut Creek, California 94596
Tel.: (510) 788-5100
Fax: (510) 291-3226
sgt@tidricklaw.com
jby@tidricklaw.com

***Attorneys for Robin Charves-Meeks***

PETITIONER'S NOTICE OF MOTION AND MOTION TO CONFIRM FINAL ARBITRATION AWARD

1

**CERTIFICATE OF SERVICE**

I certify that on August 6, 2025, I electronically filed the foregoing document with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By: _____

Nathan L. Nanfelt

PETITIONER'S NOTICE OF MOTION AND MOTION TO CONFIRM FINAL ARBITRATION AWARD